# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO. ABLD007388,<br><br>*Plaintiffs*,<br><br>v.<br><br>PREMIER GUIDANCE LLC, JOHN SOLAN III,<br><br>*Defendants*. | Civil Action No. 17-5676 (JMV)<br><br>**ORDER** |

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on this 2nd day of January, 2018

**ORDERED** that Plaintiffs' motion for default judgment pursuant to Rule 55(b)(2) (D.E. 10) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs, pursuant to Policy No. ABLD007388, have no duty to defend or indemnify Defendant Premier Guidance or Defendant Solan in connection with a lawsuit filed in the Superior Court of New Jersey by Frank Concepcion, which is captioned *Frank Concepcion v. Premier Guidance LLC et al.*, HUD-L-3488-14.

_____
John Michael Vazquez, U.S.D.J.